UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT CSECH,

    Plaintiff,

vs.

E. K. MCDANIEL, et al.,

    Defendants.

Case No. 3:13-cv-00631-RCJ-VPC

**ORDER**

    Plaintiff has submitted a motion to dismiss the action voluntarily without prejudice (#5). Good cause appearing;

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The clerk of the court shall enter judgment accordingly.

    Dated: This 21st day of February, 2014.

_____
ROBERT C. JONES
United States District Judge